Ivan Benton GREEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28570.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of unlawfully carrying a pistol about his person, and punishment was assessed at sixty days' confinement in jail.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.